■ FRANK RANDAZZO et al., Appellants, v THE BANK OF NEW YORK MELLON CORPORATION, as Trustee of CIT MORTGAGE LOAN TRUST 2007-1, et al., Respondents, et al., Defendants. [994 NYS2d 84]—Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered January 8, 2014, which granted defendants The Bank of New York Mellon Corporation (BNY) and Vericrest Financial, Inc.'s motion to dismiss the complaint against them pursuant to CPLR 3211 (a) (1) and (7), unanimously reversed, on the law, without costs, the motion denied, and the complaint reinstated against said defendants.

The documentary evidence submitted by defendants was substantially the same as the evidence submitted by defendant BNY in a companion wrongful death action arising from the same deadly fire. As we previously decided, this evidence failed to conclusively refute plaintiffs occupants' factual pleadings alleging that defendant Domingo Cedano, owner of the multiple dwelling, had abandoned the premises within the meaning of Real Property Actions and Proceedings Law § 1307 (1) (*see Lezama v Cedano*, 119 AD3d 479 [1st Dept 2014]). Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.